UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81155-CIV-HURLEY/HOPKINS

DANIEL LUGO,

        Plaintiff,
  v.

BRP PROPERTIES,

        Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned case shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 24th day of January, 2012.

| | |
|---|---|
| s/ Drew Levitt | s/James J. Webb |
| DREW LEVITT, ESQ. | JAMES J. WEBB, ESQ. |
| Attorney for Plaintiff | Mitrani, Rynor, Adamsky et al. |
| Florida Bar No. 782246 | Attorneys for Defendant |
| E-mail: dml2@bellsouth.net | 2400 North Commerce Parkway |
| LEE D. SARKIN, ESQ. | Suite 302 |
| Attorney for Plaintiff | Weston, Florida 33326 |
| Florida Bar No. 962848 | Florida Bar No. 0080993 |
| E-mail: lsarkin@aol.com | jwebb@mitrani.com |
| 4700 N.W. Boca Raton Boulevard | Telephone (954) 335-1010 |
| Suite 302 | Facsimile  (954) 335-1017 |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Facsimile  (561) 994-0837 | |